1 DANIEL G. BOGDEN
United States Attorney
2 District of Nevada

3 RUSSELL E. MARSH
Assistant United States Attorney
4 Nevada Bar No. 11198
333 Las Vegas Boulevard South, Suite 5000
5 Las Vegas, Nevada 89101
Telephone: (702)388-6582
6 Facsimile: (702)388-6418
Email: Russell.E.Marsh@usdoj.gov
7
Attorneys for Federal Defendant.
8

9 UNITED STATES DISTRICT COURT

10 DISTRICT OF NEVADA

11 IDA MICHELLE SERECKY,            )
                                    )
12              Plaintiff,          )
                                    )   CASE NO: 2:11-cv-00124-RLH-LRL
13         v.                       )
                                    )
14 UNITED STATES OF AMERICA,        )
                                    )
15              Defendant.          )
   _____)
16

17 **ORDER**

18     THIS COURT having been fully apprised that the United States Attorney for the

19 District of Nevada has certified that the individual Defendant Denise Smith was acting

20 within the scope of her employment at the time of the incident giving rise to Plaintiff's

21 Complaint, and the Court having been apprised of the substitution of the United States

22 pursuant to 28 U.S.C. § 2679(d)(1), it is hereby,

23     ORDERED, pursuant to 28 U.S.C. §§ 2679(b)(1) and (d)(1), that Denise Smith is

24 dismissed from this action on the grounds that the exclusive remedy for such claim is an

25 action against the United States;

26 . . .

1    IT IS ALSO ORDERED under *Whitethorn v. FCC*, 235 F. Supp. 2d 1092, 1097 (D. Nev. 2002), that the United States Postal Service is dismissed from the action on the grounds that the exclusive remedy for such claim is an action against the United States;

4    IT IS FURTHER ORDERED that the caption of this action shall be amended, as indicated above, to reflect the substitution of the United States of America as the sole Federal Defendant.

_____
UNITED STATES DISTRICT JUDGE

DATED:____September 7, 2011_____