1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  RUSSELL E. MARSH
   Assistant United States Attorney
4  Nevada Bar No. 11198
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702)388-6582
6  Facsimile: (702)388-6418
   Email: Russell.E.Marsh@usdoj.gov
7
   Attorneys for Federal Defendant.
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IDA MICHELLE SERECKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:11-cv-00124-RLH-LRL |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

THIS COURT having been fully apprised that the United States Attorney for the District of Nevada has certified that the individual Defendant Denise Smith was acting within the scope of her employment at the time of the incident giving rise to Plaintiff's Complaint, and the Court having been apprised of the substitution of the United States pursuant to 28 U.S.C. § 2679(d)(1), it is hereby,

ORDERED, pursuant to 28 U.S.C. §§ 2679(b)(1) and (d)(1), that Denise Smith is dismissed from this action on the grounds that the exclusive remedy for such claim is an action against the United States;

. . .

1    IT IS ALSO ORDERED under *Whitethorn v. FCC*, 235 F. Supp. 2d 1092, 1097 (D. Nev. 2002), that the United States Postal Service is dismissed from the action on the grounds that the exclusive remedy for such claim is an action against the United States;

    IT IS FURTHER ORDERED that the caption of this action shall be amended, as indicated above, to reflect the substitution of the United States of America as the sole Federal Defendant.

_____
UNITED STATES DISTRICT JUDGE

DATED:___September 7, 2011_____