# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IDA MICHELLE SERECKY, | 2:11 -cv -00124 -RLH -VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Counsel and parties have notified the Court that they are available on July 10, 2012 for a settlement conference.

IT IS HEREBY ORDERED that the settlement conference shall be rescheduled for July 10, 2012 at 9:30 a.m. in chambers of the undersigned Judge and the confidential statement shall be due on or before 4:00 p.m., July 3, 2012.

IT IS FURTHER ORDERED that all other conditions as stated in the Order Scheduling Settlement Conference (dkt. 33) shall remain unchanged.

DATED this 2nd day of May, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE